IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN GABRIEL GUTIERREZ, § <br> JOSE LUIS GUTIERREZ, JR., § <br> SILBESTRE GUTIERREZ, AND § <br> FELIPE CANTU § <br> *Plaintiffs* § <br> § <br> vs. § <br> § <br> BELCAN SERVICES GROUP § <br> LIMITED PARTNERSHIP § <br> *Defendant* § | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Belcan Services Group Limited Partnership, Defendant herein, and file this, its Notice of Removal pursuant to 28 U.S.C. § 1332, 1441 and 1446, and state in support thereof:

***Removed Action and Parties.***

1. Plaintiffs' lawsuit arises from alleged false defamatory statements made prior to the filing of Plaintiffs' Original Petition. Plaintiffs seek actual and exemplary damages.

2. Pursuant to 28 U.S.C. § 1441, and the following, this civil action is removed from the 476th Judicial District Court of Hidalgo County, Texas, where this matter was pending under Cause No. C-4173-22-M, in a matter styled, *Juan Gabriel Gutierrez, et al v. Belcan Services Group Limited Partnership.*

*Diversity Jurisdiction.*

3.     This court has diversity jurisdiction over this action. 28 U.S.C. § 1332. This action therefore is removable on that ground. 28 U.S.C. § 1441(a).

**Citizenship of Parties**

4.     Plaintiffs are individuals residing in Hidalgo County, Texas.

5.     Defendant Belcan Services Group Limited Partnership, is a citizen of Ohio. Specifically, it is a limited partnership formed in Ohio, so its citizenship is determined by the citizenship of its owners. *See Corfield v. Dallas Glen Hill LP*, 355 F.3d 853, 856 n.3 (5th Cir. 2003). Belcan Services Group Limited Partnership, is owned entirely by a limited liability company (LLC): Belcan Engineering Group, LLC. Like a limited partnership, an LLC's citizenship is determined by that of its owners. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Belcan Engineering Group, LLC is a citizen of Ohio. Specifically, it is an Ohio corporation with its principal place of business in Ohio. *See* 28 U.S.C.S. § 1332(c)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 94 (2005).

**Amount in Controversy**

6.     The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiffs have asserted claims for actual and exemplary damages. Accordingly, it is "facially apparent" that Plaintiffs' claims likely exceed $75,000.00, which is all that is required to satisfy the amount in controversy requirement. *See Allen v. R&H Oil & Gas Co.*, 63 F. 3d 1326, 1335 (5th Cir. 1995).

**Timeliness of Removal**

7.     Belcan Services Group Limited Partnership was served with Plaintiffs' Second Amended Original Petition on December 15, 2023. Plaintiffs' Second Amended

Original Petition on December 15, 2023 was the first notice that Belcan Services Group Limited Partnership received that this action was removable. Specifically, it is the first time that Plaintiffs alleged that they were seeking monetary relief over $75,000.00. Therefore, this action is removed within thirty days of receipt by Belcan Services Group Limited Partnership of Plaintiff's Second Amended Original Petition in this action and is timely filed under 28 U.S.C. § 1446(b).

***Notice.***

8.   Written notice of the filing of this notice of removal will be filed with the state court and provided to other parties as required by law.

***Attachments pursuant to local rules***

9.   In accordance with federal statute and local rules, attached as appendices hereto are:

    A.   Index of matters being filed.

    B.   List of all counsel of record, including their addresses, telephone numbers and parties represented.

    C.   A true and correct copy of the docket sheet of the state court action.

    D.   A true and correct copy of all executed process, pleadings asserting causes of action, and orders signed by the state judge filed in the court from which removal is sought.

WHEREFORE, PREMISES CONSIDERED, Defendant hereby gives notice of removal of this action to this Honorable Court.

        Respectfully submitted,

        */s/ Rick A. Zuniga*
Rick A. Zuniga
Attorney in charge for Defendants
Federal ID No. 168286
State Bar No. 24084148
rzuniga@atlashall.com
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

OF COUNSEL:

Susan A. Sullivan
State Bar No. 11546700
Federal ID No. 13144
ssullivan@atlashall.com
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document was sent by electronic service on January 16, 2024 to opposing counsel as follows:

Dan K. Worthington
Kristen L. Vela
RAMON WORTHINGTON NICOLAS & CANTU PPLC
1506 S. Lone Star Way, Suite 5
Edinburg, Texas 78539
Email: dworthington@ramonworthington.com
Email: kvela@ramonworthington.com
Attorneys for Plaintiffs

                                            */s/ Rick A. Zuniga*
                                            Rick Zuniga