UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JUAN GABRIEL GUTIERREZ, JOSE LUIS GUTIERREZ, JR., SILBESTRE GUTIERREZ and FELIPE CANTU,** | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Case No. 7:24-CV-00010 |
| **BELCAN SERVICES GROUP LIMITED PARTNERSHIP,** | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 29, 2025 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Bray. (Dkt. No. 24). Judge Bray made findings and conclusions and recommended that Defendant's Motion for Summary Judgment, (Dkt. No. 9), be granted. (Dkt. No. 24).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On September 12, 2025, Plaintiff filed objections. (Dkt. No. 25).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 24) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion for Summary Judgment, (Dkt. No. 9), is **GRANTED**.

It is SO ORDERED.

Signed on September 15, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**