United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN GABRIEL GUTIERREZ, JOSE LUIS GUTIERREZ, JR., SILBESTRE GUTIERREZ and FELIPE CANTU, § § § § Plaintiffs, § § VS. § § BELCAN SERVICES GROUP LIMITED § PARTNERSHIP, § § Defendant. § | Civil Case No. 7:24-CV-00010 |

## FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiffs' claims, and Defendant is entitled to judgment as a matter of law.

Accordingly, Plaintiffs shall take nothing by his claims against Defendant and Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiffs is denied. All allowable and reasonable costs of court are taxed against Plaintiffs. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on September 17, 2025.

                                                                                   **DREW B. TIPTON**
                                                            **UNITED STATES DISTRICT JUDGE**